IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY JEAN,<br><br>        Petitioner,<br><br>   v.<br><br>WARDEN,<br><br>        Respondent. | No. 2:22-CV-0951-DMC-P<br><br>ORDER |

       Petitioner, a federal prisoner proceeding pro se, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2241. Petitioner was convicted in the United States District Court for the Southern District of Florida. Petitioner is incarcerated in the Atwater U.S. Penitentiary in Atwater, California. Atwater is located in Merced County. Merced County is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 120(d). Because petitioner was not convicted in this district and is not presently confined in the Sacramento Division of this district, this Court does not have jurisdiction to entertain the application.

/ / /

/ / /

/ / /

/ / /

1

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the Court's own motion, be transferred to the proper division of the court. Therefore, this action is transferred to the Fresno Division of the court.

IT IS SO ORDERED.

Dated:  August 18, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE